JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VERNON CASTLE BROWN, JR., | ) | Case No. CV 14-9017-CAS(AJW) |
| | ) | |
|        Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| TIM V. VARGA, | ) | |
| | ) | |
|        Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 1, 2014

_____
Christina A. Snyder
United States District Judge